UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | CASE NO. 2:16-mj-00589<br><br>MAGISTRATE JUDGE DEAVERS |

## MOTION TO UNSEAL SEARCH WARRANT

Now comes the United States of America, by and through the undersigned counsel, and respectfully requests that the search warrant, the case, and any accompanying filings in the above-related matter be unsealed.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/ Jessica W. Knight
    JESSICA W. KNIGHT (86615)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Office: (614) 469-5715
    Fax: (614) 469-5653
    E-mail: Jessica.knight@usdoj.gov